**Exhibit A to the Complaint**

**Location:** Union, NJ  
**Total Works Infringed:** 24  
**IP Address:** 96.225.75.239  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 957F8326029DE1CDC0FBEFE8DFFF74ED3D9A5608<br>File Hash: DFB38683B126E2B174C9E84454E19727BAACB4FBD834B8F33BB930EEC44D0706 | 12/11/2020 03:10:18 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 2 | Info Hash: E8E35B484AA1941AE44E3439765F75FF37D1D042<br>File Hash: DEBF5F93962E7B947737FD930701545DA46F6A0E1A81C1DBCCAE096C3747FE2D | 12/10/2020 09:32:22 | Blacked Raw | 09/28/2020 | 10/22/2020 | PA0002261800 |
| 3 | Info Hash: 438DA8FA69D50CEA1733402B04DD01CDE39D415A<br>File Hash: E3A468DAFD516F59D05D6DEDE8F8ADFF486BE34B24A78B177152957480D368D5 | 12/10/2020 05:29:44 | Blacked | 09/12/2020 | 09/29/2020 | PA0002258684 |
| 4 | Info Hash: 46FBB8122BF31D24F211B457752A0E2B309D63AA<br>File Hash: 929C778952F97F2EA81FB694160268E0FD8003A01BB314DC6D3F1624D5ADBF80 | 12/10/2020 01:59:17 | Blacked Raw | 09/07/2020 | 09/29/2020 | PA0002258685 |
| 5 | Info Hash: DC51BC65295AEE5DC56843D1E2A3CE91668DE8FE<br>File Hash: 9419A554483D17AA047E538B745DAF56BF15D37674E85F9832D3F60F94F81D6B | 12/10/2020 01:09:26 | Blacked | 08/29/2020 | 09/05/2020 | PA0002255478 |
| 6 | Info Hash: F402BE3DB8DAF091CF3DE1616E069673A438B62E<br>File Hash: 57C2FB7C16A1709C7823FFAE7360A594D3EAEA928F20874637F93D63B6F41C07 | 12/10/2020 00:28:40 | Blacked Raw | 09/14/2020 | 09/29/2020 | PA0002258688 |
| 7 | Info Hash: 97244A3C0DB8980FA784CC21EC09AE9D0F85720B<br>File Hash: 94A80EE103830E84493A04D619A35359CA0987C52688B46859780E6C250FA2CB | 10/28/2020 07:00:28 | Blacked | 10/17/2020 | 11/05/2020 | PA0002263387 |
| 8 | Info Hash: DCE00EE338DE7029AD542535B5DE80CE0613E9A8<br>File Hash: D99FEE51FF1D414AE3C3D87612AF14A4B00B141CB668C75B8FD0C12B6766F5F9 | 10/28/2020 04:52:17 | Blacked | 10/10/2020 | 10/22/2020 | PA0002261812 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 8A705E0A2620A2D76770FFA5C03AB5CFB80B90DC<br>File Hash: D9D80A46E30C75292B548B9FB7B079B0CDA718926F48544AA4B707B427DEAD71 | 10/28/2020 02:23:17 | Blacked Raw | 10/12/2020 | 10/22/2020 | PA0002261809 |
| 10 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E<br>File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 10/28/2020 00:19:40 | Blacked | 10/24/2020 | 11/05/2020 | PA0002263386 |
| 11 | Info Hash: E6D50AAE69A4485E7C9EBDF39A8B2651D4498D95<br>File Hash: 9CD11C3E531C2D0649D76701C70B9D06D35FAFBFF3A251A8B790FCC71A7E4AA0 | 10/27/2020 19:22:16 | Blacked Raw | 10/19/2020 | 11/05/2020 | PA0002263389 |
| 12 | Info Hash: D58C49FC89FD8F6368844D416AA2553740062838<br>File Hash: 97EB20C72CB3752D0AE28D51F658AA7EFCE02B341FB4E19ED9BE1ECA2775895E | 07/10/2020 21:26:06 | Tushy | 11/22/2017 | 01/04/2018 | PA0002069339 |
| 13 | Info Hash: C40C8244812954A52F8AB7AA9161CD0D2CA1F1C7<br>File Hash: E50133B405C03905F56801913B62201120641890FCF7492D105301B5997F5B1B | 07/09/2020 17:20:00 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 14 | Info Hash: 69B33C06738B6034FDFBDE7FAFF41DFADEF5AF9F<br>File Hash: 119DFA9ABACCD056D19450F73E5098A67254A73FB149B219006AE17A5090F006 | 03/04/2020 22:28:18 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 15 | Info Hash: E3B26F5C2DC1A36E0EF988A28A67E35C7D871A75<br>File Hash: EE2A22D7C42A06572835CA44CDD03226B209634290D2CCD3E20514017FFC8C1C | 02/28/2020 15:21:28 | Blacked Raw | 02/26/2020 | 04/17/2020 | PA0002252443 |
| 16 | Info Hash: 15135969F832E186AC93543120F1DA85CF00A1CE<br>File Hash: 9D32E066729E096AC15F565ED4C1467CAA5DE53F863042892ABB2E27F5E7D7A4 | 01/01/2020 13:36:06 | Blacked | 12/31/2019 | 01/27/2020 | PA0002223957 |
| 17 | Info Hash: D43FAF61BD09BAAAAEB946B9B543AF0F2D9C3AAF<br>File Hash: DC43F44E7FE9A599D731EA1ACBDE1F07A986F2218AB5BDC6B70B03B2DD36558A | 01/01/2020 12:46:03 | Blacked Raw | 12/28/2019 | 01/27/2020 | PA0002223954 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: E1B4DE5C3E27DACD290ADEED9E548F0644D74E73<br>File Hash: A802078DFD388951115A9DFBA87C43AA2022D5973DA9E6839FBABC50067D3404 | 12/27/2019 11:44:47 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 19 | Info Hash: CB5D2E3A1ABB0979FB91550120C30F2C801FD2CC<br>File Hash: 095FE999CA480928D8229B592510998605AE9805B452E27278F447A848819D2B | 12/27/2019 11:33:32 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 20 | Info Hash: 961DCD9DCEDDEE22F85955DCD0088C9C0A482A4D<br>File Hash: 4ECF9F7C57BF33677DD9D9641E4A6D163636719CA5DB0A9DA74D7A71A478FBFB | 12/27/2019 11:29:31 | Blacked Raw | 12/18/2019 | 02/03/2020 | PA0002225563 |
| 21 | Info Hash: 7652ED3CC686A3F6AEC289A33662A40BE42B409D<br>File Hash: 5A5B1946384B9A72C3651EBB743B0906CB5643C4FDD5304D80C7E7B251AD5B25 | 12/27/2019 11:29:02 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 22 | Info Hash: A1FBF9FA06D59407A7CEF3464FAE8BDDD2D3A6FC<br>File Hash: 1742B55E50531BB23E668002AFFA43854809C05D5D287656B79BCA5673079C78 | 12/27/2019 11:11:08 | Blacked | 12/26/2019 | 01/27/2020 | PA0002223955 |
| 23 | Info Hash: A8E21DA787F4F576291FE2EB7B1B3FFA0D216111<br>File Hash: 3062FDA6144D04C8090B1D9A6AA89F8B4F817E64D4235AC121BFC10E7B3C1FF4 | 12/12/2019 11:36:03 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 24 | Info Hash: 4F0ECF1B69BFA8516FF063718BEBC286AEDF8110<br>File Hash: EB3FBCF6FD50335AD6148D5014D7E58238F9A8CC0B88909D48FE0F2DB75047E7 | 12/12/2019 11:34:59 | Blacked Raw | 12/08/2019 | 12/17/2019 | PA0002217664 |